UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| DEBRA L. SANTOS, INDIVIDUALLY<br>AND ON BEHALF OF ALL<br>OTHERS SIMILARLY SITUATED<br>UNDER 29 U.S.C. §216(b),<br>    PLAINTIFF, | §<br>§<br>§<br>§<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 5:19-CV-75 |
| LAREDO EMERGENCY CENTER, LLC,<br>    DEFENDANT. | §<br>§<br>§ | |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL OF CASE WITH PREJUDICE

Plaintiff and Defendant files this Joint Motion for Approval of Settlement Agreement and Dismissal of Case with Prejudice and respectfully state:

1. This case was filed under the Fair Labor Standards Act.

2. Plaintiff and Defendant have resolved all issues and have entered into a confidential Settlement Agreement, which is attached as Exhibit A to their Joint Motion for Leave to File Exhibit Under Seal, which is being filed contemporaneously with this motion. The Parties seek this Court's approval of their settlement agreement because this case was filed under the Fair Labor Standards Act. The Parties recognize that in this Court, court approval is not required for the private settlement of FLSA claims where, as in this case, there are bona fide disputes as to the amount of hours worked and the compensation due. *Martinez v. Bohls Bearing Co., 361 F. Supp. 2d 608, 630 (W.D. Tex. 2005)*. However, because this is a minority view, the Parties seek Court approval of their agreement. *Sepulveda v. Southwest Business Corp.*, 2009 U.S. Dist. LEXIS 93072 (W.D. Tex. San Antonio Div. 2009).

3. The FLSA requires employers to pay overtime compensation to employees who

– 1 –

work more than forty hours in a workweek. *29 U.S.C. § 207(a)(1)*. Bona fide disputes exist regarding the amount of time Plaintiff actually worked and whether to and what extent Plaintiff would be entitled to recover overtime. The Plaintiff did not work any alleged overtime within the two-year statute of limitation and the Parties have disputes relating to whether the three-year statute of limitations applies and whether Defendant would be able to establish a good faith defense to liquidated damages.   Plaintiff has decided not to pursue a collective action.

4.      Because the Parties have disputes regarding the exact number of hours worked by Plaintiff and the amount of compensation that may be due, bona fide disputes exist.  The Parties' settlement takes into account the available documents regarding scheduled recorded work time and the parties' disputes. The Parties believe that the settlement is a fair and reasonable resolution of their disputes and fairly resolves and compensates Plaintiff for her hours work, including overtime.   The settlement was reached through settlement negotiations conducted by counsel for the Parties over multiple weeks in arms-length negotiations.

5.      The Parties have attached their confidential Settlement Agreement as Exhibit A to their Joint Motion for Leave to File Exhibit Under Seal.  The Parties request that the Court find that bona fide disputes exist and that the settlement agreement is a fair and reasonable resolution of the Parties' bona fide disputes.

6.      The Parties also request, pursuant to the terms of the settlement agreement, that the Court dismiss all Plaintiff's claims with prejudice to the refiling of same; with each party bearing their own attorney's fees and costs.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff and Defendant request that the Court grant this motion and find that the Parties' settlement agreement is a fair and reasonable resolution of the Parties' bona fide disputes and dismiss all Plaintiff's claims with prejudice to the

refiling of same.

                              Respectfully submitted,

BY   Doanh "Zone" T. Nguyen by email permission
       Doanh "Zone" T. Nguyen
       NGUYEN WALTER LLP
       6909 Springfield Avenue, Suite 104
       Laredo, Texas 78041
       Telephone: (956) 568-0990
       Facsimile: (833) 790-4023
       State Bare No: 00789517
       Federal ID: 18449
       zone@nwg-law.com


HOLLAND & HOLLAND, LLC
North Frost Center
1250 N.E. Loop 410, Suite 808
San Antonio, Texas   78209
Telephone:   (210) 824-8282
Facsimile:   (210) 824-8585

BY  *[signature]*
       Michael L. Holland
       State Bar No. 09850750
       Federal ID 83742
       mholland@hollandfirm.com
       Inez M. McBride
       State Bar No. 13331700
       Federal ID 19699
       imcbride@hollanfirm.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| DEBRA L. SANTOS, INDIVIDUALLY | § | |
| AND ON BEHALF OF ALL | § | |
| OTHERS SIMILARLY SITUATED | § | |
| UNDER 29 U.S.C. §216(b), | § | |
|     PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:19-CV-75 |
| | § | |
| LAREDO EMERGENCY CENTER, LLC, | § | |
|     DEFENDANT. | § | |

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL OF CASE WITH PREJUDICE

The Court, having considered Plaintiff and Defendant's Motion for Approval of Settlement Agreement and Dismissal of Case With Prejudice and having considered the Parties' confidential settlement agreement and having found that bona fide disputes exist regarding the number of hours worked by the Plaintiff, is of the opinion that the motion should be GRANTED. It is therefore

ORDERED that the Settlement Agreement between the Plaintiff and Defendant filed under seal is hereby approved as a fair and reasonable resolution of the Parties' bona fide disputes. It is further ORDERED, ADJUDGED AND DECREED that the claims of Plaintiff Debra L. Santos are hereby dismissed with prejudice to the refiling of same; that they be removed from the Docket of the Court; that all attorney fees and costs incurred be taxed against the Party incurring same and that Plaintiff take nothing from Defendant.

All relief not expressly granted herein is dismissed.

SIGNED and ENTERED on the ____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE