United States District Court
Southern District of Texas
**ENTERED**
February 13, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| DEBRA L SANTOS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 5:19-CV-75 |
| § | |
| LAREDO EMERGENCY CENTER, § | |
| LLC, § | |
| § | |
| Defendant. § | |

# ORDER

The Court has carefully considered the parties' Joint Motion for Approval of Settlement Agreement (Dkt. No. 9) and Joint Motion for Leave to File Settlement Under Seal (Dkt. No. 10), and hereby **DENIES** both motions, given the existence of multiple bona fide disputes which, as the parties correctly acknowledge, renders court approval of their settlement unnecessary. *Martin v. Spring Break '83 Prods., LLC*, 688 F.3d 247, 255 (5th Cir. 2012).[1] The parties should instead file a stipulation of dismissal, signed by all parties who have appeared in this case, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Further, the parties "have not presented an extraordinary reason" to place their settlement agreement under seal. *See Prater v. Commerce Equities Manag. Co.*, No. H-07-2349, 2008 WL 5140045, at *10 (S.D. Tex. Dec. 8, 2009) (Rosenthal, J.) ("The public's interest in accessing the settlement agreement, including the settlement amount, often outweighs any interest in confidentiality."). If the parties wish to place their settlement agreement under seal, they

---

[1] Plaintiff has also been represented by counsel throughout the entirety of this case, and the case never progressed into a collective action. *See Adams v. Centerfold Entm't Club, Inc.*, No. 6:17-cv-6047, 2018 WL 5784047, at *1 (W.D. Ark. Nov. 2, 2018) ("[C]ourt approval of an FLSA settlement is unnecessary when the lawsuit is not a collective action [and] all plaintiffs have been represented by counsel throughout the entirety of the case.").

must file additional briefing that explains why sealing is warranted.

It is so **ORDERED**.

**SIGNED** this 13th day of February 2020.

_____
Marina Garcia Marmolejo
United States District Judge